### VOLKES v. STATE.
### No. 25672.

Court of Criminal Appeals of Texas.
Jan. 30, 1952.

No attorney on appeal for appellant.

George P. · Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant was tried before the court on a plea of guilty to the offense of unlawfully possessing intoxicating liquor for the

purpose of sale in a dry area, and his punishment was assessed at a fine of $250.00.

The record is before us without a statement of facts and bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.